UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICKY FAGRAS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JOHN A. TORRIBIO,<br><br>　　　　　Defendant. | No. CV 14-07538-AB (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted.

///

///

///

2. Defendant's request for judicial notice is granted.

3. Defendant's motion to dismiss the complaint is granted and the complaint is dismissed without leave to amend.

4. Judgment shall be entered dismissing this case with prejudice.

Dated: December 16, 2015

_____
ANDRÉ BIROTTE JR.
United States District Judge