JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICKY FAGRAS, | No. CV 14-7538-AB (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| JOHN A. TORRIBIO, | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: December 16, 2015

_____
ANDRÉ BIROTTE JR.
United States District Judge